O

1
2
3
4
5
6
7

8                   UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            )
                                         )
12                  Plaintiff,           )        SA 08-0095M
                                         )
13          v.                           )   ORDER OF DETENTION AFTER HEARING
                                         )        (18 U.S.C. § 3142(i))
14  JOSE INES SANCHEZ ALANIZ,            )
                                         )
15                  Defendant.           )
    _____)

16

17                                   I.

18  A. ( ) On motion of the Government involving an alleged

19       1. ( )  crime of violence;

20       2. ( )  offense with maximum sentence of life imprisonment or death;

21       3. ( )  narcotics or controlled substance offense with maximum sentence of ten or more years

22              (21 U.S.C. §§  801,/951, et. seq.,/955a);

23       4. ( )  felony - defendant convicted of two or more prior offenses described above.

24  B. On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

25       1. ( X )   serious risk defendant will flee;

26       2. ( )  serious risk defendant will

27          a. ( )   obstruct or attempt to obstruct justice;

28          b. ( )   threaten, injure, or intimidate a prospective  witness or juror or attempt to do so.

II.

The Court finds no condition or combination of conditions will reasonable assure:

A. ( X )    appearance of defendant as required; and/or

B.  ( ) safety of any person or the community;

III.

The Court has considered:

A.  ( x ) the nature and circumstances of the offense;

B.  (x) the weight of evidence against the defendant;

C.  (x) the history and characteristics of the defendant;

D.  ( ) the nature and seriousness of the danger to any person or to the community.

IV.

The Court concludes:

A.  ( ) Defendant poses a risk to the safety of other persons or the community because:


B.  (x )    History and characteristics indicate a serious risk that defendant will flee because:

**Defendant is undocumented.  He has no ties to the community and no bail resources.**


C.  ( ) A serious risk exists that defendant will:

    1. ( )   obstruct  or  attempt to  obstruct  justice;

    2. ( )   threaten, injure or intimidate a witness/ juror; because:


D.  ( ) Defendant  has  not  rebutted  by  sufficient  evidence  to  the  contrary the presumption provided in 18 U.S.C. § 3142 (e).

///

///

///

///

1    IT IS ORDERED that defendant be detained prior to trial.

2    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections

3  facility separate from persons awaiting or serving sentences or person held pending appeal.

4    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private

5  consultation with his counsel.

6

7

8  Dated: March 12, 2008

9    _____

10   Marc L. Goldman
     U.S. Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28